IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA PAYER[1], | |
|       Petitioner, | |
| v. | 4:11-cv-03007-LSC-FG3 |
| REX RICHARD, Warden, Community Corrections Center - Lincoln, | ORDER |
|       Respondent. | |

      Gloria Payer, a Nebraska inmate, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, together with a motion for leave to proceed in forma pauperis (#2). The court requested a copy of the petitioner's institutional trust account statement, which was received and filed January 27, 2011.

      Habeas corpus cases challenging the legality of a person's confinement require the payment of $5.00 fee. 28 U.S.C. § 1914(a). The court has reviewed the petitioner's declaration (#2), together with the financial information supplied by the State of Nebraska Department of Correctional Services (#11). Petitioner's trust account statement shows that the average deposits to her account during the months of August 2010 through December 2010 exceeded $100 per month. The court concludes that the petitioner must be required to pay the $5.00 filing fee because she has the financial ability to do so.

---

      [1]The petition for writ of habeas corpus (#1) gives the petitioner's name as "Gloria J. Payer," and the Declaration in support of motion to proceed in forma pauperis (#2) is signed by "Gloria J. Payer." State court records submitted by the petitioner with a request for judicial notice reflect that the petitioner's name is "Gloria W. Payer" (#6 at p. 6). Tribal records submitted by the petitioner bear the name "Gloria Jean Payer" (#6 at p. 8). The court will refer to the petitioner as "Gloria Payer."

**IT IS ORDERED:**

1. Petitioner's Motion to proceed in forma pauperis (#2) is denied.

2. Petitioner is granted until **February 15, 2011** to pay the $5.00 filing fee. If the fee is not paid as required, the court may dismiss this case without further notice.

3. The Clerk of the court is directed to set a case management deadline using the following text: February 15, 2011: deadline for Petitioner to pay $5.00 filing fee.

**DATED January 28, 2011.**

   **BY THE COURT:**

   s/ F.A. Gossett, III
   **United States Magistrate Judge**